PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
**Northern District of Florida**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamie Lynn Baumgardner              Case Number: 1129 4:18CR00049

Name of Sentencing Judicial Officer:   Mark E. Walker, Chief U.S. District Judge

Date of Original Sentence:   07/31/2019

Original Offense: Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More of Methamphetamine, Counts 2-3: Distribution of Methamphetamine

Original Sentence: One (1) day imprisonment with credit for time served, followed by an eight (8) year term of supervised release as to each count to be served concurrently.

Type of Supervision: Supervised Release            Date Supervision Commenced: 7/31/2019

Assistant U.S. Attorney: James McCain            Defense Attorney:  Paul M. Villeneuve

---

### PETITIONING THE COURT

☒ **To issue a warrant**
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about May 26, 2021, in Taylor County, Florida, an Information was filed by the state charging the supervised releasee with two (2) counts of Trespassing. On September 2, 2021, the supervised releasee pled guilty in Taylor County Case No. 2021MM165 and was sentenced to nine (9) months of probation. |
| 2 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about August 11, 2022, in Taylor County, Florida, an Information was filed by the state charging the supervised releasee with Sell/Delivery of Controlled Substance. On May 8, 2023, the supervised releasee pled guilty in Taylor County Case No. 2022CF372 and was sentenced to serve 30 months in state prison. |
| 3 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about October 17, 2022, in Taylor County, Florida, the supervised releasee was arrested by the Taylor County Sheriff's Office and charged with Possession of a |

Petition for Warrant or Summons for Offender Under Supervision
Page 2

| Violation Number | Nature of Noncompliance |
| --- | --- |
| | Controlled Substance. On May 8, 2023, the supervised releasee pled guilty in Taylor County Case No. 2022CF445 and was sentenced to serve 30 months in state prison. |

U.S. Probation Officer Recommendation: This officer respectfully recommends the issuance of a warrant for the offender to appear before the Court to show cause as to why her supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on March 11, 2025

Tunle Ver Bust
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant

☐ The Issuance of a Summons.

☐ Other -

s/Mark E. Walker, Chief District Judge, Northern District of Florida
Signature of Judicial Officer

March 12, 2025
Date

Warrant/Summons Issued: 3/12/2025
Date        Deputy Clerk